EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte<br><br>Rafael Martínez Álvarez III | 2007 TSPR 36<br><br>170 DPR \_\_\_\_ |

Número del Caso: TS-2283


Fecha: 2 de marzo de 2007


Abogado de la Parte Peticionaria:

    Por Derecho Propio


 Colegio de Abogados de Puerto Rico:

        Lcdo. José M. Montalvo Trías
        Director Ejecutivo



 Materia: Renuncia al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

                              TS-2283
Rafael Martínez Álvarez III


                        RESOLUCIÓN

San Juan, Puerto Rico, a 2 de marzo de 2007

    Examinada la Moción presentada por el Lcdo.
Rafael Martínez Álvarez III, solicitando su renuncia
al ejercicio de la abogacía, así como la Moción
Contestando Resolución presentada por el Colegio de
Abogados de Puerto Rico, presentada el 13 de febrero
de 2007, se autoriza al Lcdo. Rafael Martínez Álvarez
III a darse de baja voluntariamente de esa
institución.

    Lo acordó el Tribunal y certifica la Secretaria
del Tribunal Supremo.



                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo